UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Chen,<br><br>     Plaintiff,<br><br>  -against-<br>DLA Piper (US) LLP, et al.,<br><br>     Defendants. | 25-CV-09615 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference is scheduled for **Tuesday, September 1, 2026 at 2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **May 8, 2026**, to propose three alternative dates and times for the settlement conference during the week of September 1, 2026.

  The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **August 25, 2026**, at 5:00 p.m.

  If an electronic device order is needed, the form needs to be emailed to TarnofskyNYSDChambers@nysd.uscourts.gov by **August 25, 2026.** The form can be found at https://nysd.uscourts.gov/forms under General Forms.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: April 30, 2026
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge