UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC CHEN,

*Plaintiff*,

v.

DLA Piper LLP (US),

*Defendant*.

Civil Action No. 1:25-cv-09615 (RFT)

**JOINT STATUS LETTER**

Dear Magistrate Judge Tarnofsky:

Pursuant to Section 7 of the Parties' Proposed Case Management Plan and Report of Rule 26(f) Conference, So Ordered by the Court on April 30, 2026 (the "Case Management Plan") (ECF Dkt. No. 15), the Parties respectfully submit this joint status letter to apprise the Court on the status of discovery.

The discovery schedule has been slightly modified. Pursuant to Sections 5(b) and (c) of the Case Management Plan, each Party served interrogatories and requests for admission on August 28, 2026; responses were to be served by September 25, 2026. At Plaintiff's request, the Parties agreed to a one-week extension for responses to be served to October 2, 2026.

Based on this modification, the Parties seek to further adjust the existing discovery schedule with the Court's permission. Pursuant to Section 5(a) of Case Management Plan, depositions shall be completed by October 31, 2026, and expert depositions, if any, shall be completed by November 30, 2026. The Parties do not anticipate any expert discovery and therefore jointly propose that the deadline for party and fact depositions be extended to November 30 to coincide with the deadline to complete expert depositions. This modification will not alter

the December 31 end date for all fact discovery.

Respectfully submitted this 1st day of October 2026.

/s/ Eric Chen
Plaintiff Pro Se

/s/ Thomas A. Brown II
Counsel for Defendant
DLA Piper LLP (US)