UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC CHEN,

*Plaintiff*,

v.

DLA Piper LLP (US),

*Defendant*.

Civil Action No. 1:25-cv-09615 (RFT)

**JOINT STATUS LETTER**

Dear Magistrate Judge Tarnofsky:

Pursuant to Section 7 of the Parties' Proposed Case Management Plan and Report of Rule 26(f) Conference, So Ordered by the Court on April 30, 2026 (the "Case Management Plan") (ECF Dkt. No. 15), the Parties respectfully submit this joint status letter to apprise the Court on the status of discovery.

All discovery other than depositions has been completed. In the Parties' October Joint Status Letter, at Plaintiff's request, the Parties agreed to a one-week extension for service of responses to interrogatories and requests for admission to October 2, 2026. The Parties also sought the Court's permission to further adjust the existing discovery schedule to extend the deadline for party and fact depositions to November 30 to coincide with the deadline to complete expert depositions. The Court agreed to modify the discovery schedule in accordance with this request.

Defendant DLA Piper LLP (US) ("DLA") noticed Plaintiff Eric Chen's ("Chen") deposition for October 28. By email the same date, Mr. Chen informed DLA that he was seeking legal representation to defend his deposition. To date, Mr. Chen has not retained counsel but is in the process of doing so. As such, the Parties seek to further amend the discovery schedule, with

the Court's permission, to extend the deadline for party and fact depositions, and any expert discovery, to January 29, 2027, and extend the end date for all fact discovery to March 1, 2027, to allow Mr. Chen time to retain counsel.

Respectfully submitted this 2nd day of November 2026.

/s/ Eric Chen
Plaintiff Pro Se

/s/ Thomas A. Brown II
Counsel for Defendant
DLA Piper LLP (US)

Application GRANTED. The deadline for party and fact depositions, and any expert discovery, shall be extended until **January 29, 2027**, and the deadline for all fact discovery shall be extended until **March 1, 2027**.

Dated: November 2, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE